UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:   )   BK No.: 16-07880
Shelby L Wash, Jr   )
  )
  )   Chapter: 13
  )   Honorable Deborah L. Thorne
  )
  )
Debtor(s)   )

**ORDER MODIFYING DEBTOR'S PLAN POST-CONFIRMATION**

THIS MATTER coming to be heard on the Debtor's MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. Debtor's current Chapter 13 Plan is modified post-confirmation to defer the current trustee default to the end of the Plan.

Enter:

Honorable William V. Altenberger
United States Bankruptcy Judge

Dated: July 19, 2017

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600